IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN NATHAN TOLAND,

       Appellant,

 v.                                 Case No.  5D21-2515
                                        LT Case No. 05-2017-CF-016635-A-X

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed July 22, 2022

Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Matthew J. Metz, Public Defender,
Daytona Beach, and Betty Wyatt,
Assistant Public Defender, Daytona
Beach, for Appellant.

Steven Nathan Toland, Graceville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown Hartless,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

We affirm without prejudice for Appellant to timely file a Motion for Post-Conviction Relief if he can do so in good faith.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.